IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARISA GRECO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 14 cv 01496 |
| v. | ) |
| | ) Judge Sarah B. Ellis |
| TJX COMPANIES d/b/a T.J. MAXX, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S RULE 41(a)(1)(A)(ii) STIPULATION TO DISMISS

Plaintiff Marisa Greco, by her attorney, David Hemenway, hereby states that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), she he is voluntarily dismissing this action in its entirety, with prejudice, against the defendant. The signatures of all parties who have appeared are set forth below.


Marisa Greco                                TJX Companies d/b/a T.J. Maxx,
Plaintiff                                   Defendant


By: /s/ David Hemenway, her attorney        By: /s/ Abad Lopez, its attorney

Law Office of David A. Hemenway, P.C.       Seyfarth Shaw LLC
300 S. Wacker Dr., Ste. 1700B               131 S. Dearborn St., Ste.2400
Chicago, IL 60606                           Chicago, IL, 60201
(312) 663-4743                              (312) 460-7000
employmentlaw@mac.com                       alopez@seyfarth.com